FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 OCT 22 PM 4:49
SOUTHERN DISTRICT
OF INDIANA

United States District Court
Terre Haute Division

2:18-cv-473 JMS
DLP

Jeremy Wimberly
V.                                          Civ.
Britt Featherston,                    Bivins Action,
Michelle Englade,                    1983, pursuant
U.S. Attorney, BmT,               to 42 USC 1331
Philip Smith & superiors,
Robert Strause,
~~Tracy Sorge~~,
Orange County Sheriffs major, Captain,
One Name Unknown D.E.A. agent, BmT,
Assistant Supervisor Texas Region executive off,
Supervisor Texas Region executive U.S. Attor,
Ass. Director Texas Region Executive U.S. Att.,
Director Texas Region Executive U.S. Att.,
Thomas Burbank and law offices,
Mitch Templeton and law offices,
Margret Schmucker, and law offices,
William Barlow, and law offices,
Gary Bonner, and law offices,
Dewayne Perkins,
Anthony Elyas,

Request To Be Held Until outcome of post conviction proceedings in Crim. 1:13-cr-110-1-RC-KFC.

## Intro.

Comes Now, the Plaintiff, moves the court with a Bivins, 1983, pursuant to 42 U.S.C.S. 1331. He sues each public official in their individual personal capacsity, and each Attorney in his\her; Attorney and law firm capacsity. He sues all public officials for conspiracy to violate constitutional rights, Civil rights, 1985a bribery of a witness, Malicious prosec. Civil rights 1985 3, intentional infliction of emotional distress, deliberate indifference, vindictive prosecution, failure to supervise and train, failure to set policies, rules, regulations. He sues each attorney for legal malpractice, neglience, fraudlent neglience, conspiracy.

## Exhaustments

Has exhausted all claims, except for the Linda R.S. V. Richard D. claim, with the U.S. Dept of Justice main Branch, executive U.S. Attorney branch, and the D.E.A. main branch.

-2-

the orange county Sheriff's dept., the Texas Bar Assco... All in August 2016.

## Equitable Toll

The plaintiff request to toll the filing as of August 14, 2018, for its when he was placed in the overflow Special housing Unit at USP Atwater, and prevented him from pursuing his claims, or injuries. Also, requests to toll the statue of limitations due to Fraudulent Concealment on the part of the government, by excluding all cases of Linda R.S. v. Richard D.'s Second Pong in the third requirement of the case-or-controversy standard. in the nexis Nexis computer system and public web sites. Kept him from pursuing his injury.

- OR -

~~~~~~, continuing Tort doctrines invoked, and Fraudulent Concealment Discovery Rule invoked.

~ 3 ~

Claim #1

   lack of Case-or-controversy pursuant to Linda R.S. v. Richard D.

Claim #2

   illegal stop, arrest, video recordings,

Claim #3

   bribery of witnesses 18 U.S.C. 201 c.2 and due process of witness,

Claim #4

   Violation of substainial & procedurial due process rights - witholding material evidence.

Injuries: Hep C., T.B., swollen head, dogbite, mental & emotional distress, suicidial thoughts, loss of liberty

Relief: 5 million from public officials; 20 million from attornies

28 U.S.C. § 1746 10.13.2018
Executed
Jeremy Will

~4~